**Opinion filed August 29, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00163-CV

_____

## APPROXIMATELY 3.1 GRAMS OF COCAINE AND $666.00 IN U.S. CURRENCY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 9880-D**

### M E M O R A N D U M   O P I N I O N

Rashad Lee Bennett filed a notice of appeal from a judgment of forfeiture. On June 17, 2014, the clerk of this court requested that Bennett forward the $195 filing fee on or before July 22, 2014. By letter dated July 9, 2014, we notified Bennett that the $195 filing fee was past due. On July 23, 2014, Bennett filed his docketing statement and an affidavit of indigence. The affidavit, however, did not comply with TEX. R. APP. P. 20.1. We informed Bennett of the affidavit's

noncompliance and requested that Bennett file an amended affidavit on or before August 4, 2014. On August 12, 2014, we sent yet another letter to Bennett. In that letter, we directed Bennett to pay the $195 filing fee or file an amended affidavit of indigence on or before August 21, 2014, and we also informed Bennett that the failure to comply "**may result in dismissal of the case**." As of this date, Bennett has not remitted an amended affidavit or the filing fee.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

August 29, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.